1  CARLOS M. LAZATIN (S.B. #229650)
   clazatin@omm.com
2  MICHAEL REYNOLDS (S.B. #270962)
   mreynolds@omm.com
3  JASON ORR (S.B. #301764)
   jorr@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, California 90071-2899
   Telephone:  (213) 430-6000
6  Facsimile:   (213) 430-6407

7  Attorneys for Defendant
   KIA MOTORS AMERICA, INC.

8

9                  **UNITED STATES DISTRICT COURT**

10                **CENTRAL DISTRICT OF CALIFORNIA**

11                      **SOUTHERN DIVISION**

12

13

14  TSVETELIN TSONEV, On Behalf of        Case No. 8:16-cv-01020-CJC-DFM
    Himself and All Others Similarly
15  Situated,

16                      Plaintiff,        **ORDER GRANTING
                                          STIPULATED PROTECTIVE**
17       v.                               **ORDER**

18  KIA MOTORS AMERICA, INC.,             **[Discovery Document: Referred to
                                          Magistrate Judge Douglas F.**
19                      Defendant.        **McCormick]**

20

21

22

23

24

25

26

27

28

1         IT IS HEREBY ORDERED, upon review of the Stipulated Protective Order

2    filed in the above-captioned matter on May 22, 2017, and for good cause shown,

3    that the Stipulated Protective Order is GRANTED.

4

5    IT IS SO ORDERED.

6

7    DATED: May 24, 2017      _____

                            Hon. Douglas F. McCormick

8                                United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28