KOLIN C. TANG (SBN 279834)
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
11755 Wilshire Blvd, 15th Floor
Los Angeles, CA 90025
Telephone: (323)510-4060
Facsimile: (866)300-7367
Email:  ktang@sfmslaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| TSVETELIN TSONEV, On Behalf Of Himself And All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> KIA MOTORS AMERICA, INC., <br><br> Defendant. | Case No. 8:16-cv-01020-CJC-DFM <br><br> **STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41** <br><br> Courtroom:    9B <br> Judge:          Hon. Cormac J. Carney |

Plaintiff, Tsvetelin Tsonev, and Defendant, Kia Motors America, Inc., through their respective counsel of record, hereby stipulate and agree that, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), this action shall be dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

Dated: November 9, 2017

KOLIN TANG
JAMES C. SHAH
NATALIE FINKELMAN BENNETT
SHEPHERD, FINKELMAN, MILLER
& SHAH, LLP

By:   */s/ Kolin Tang*
           Kolin Tang
Attorneys for Plaintiff

Dated: November 9, 2017

CARLOS M. LAZATIN
ALEXANDER SLAVIN
O'MELVENY & MYERS LLP

By:   */s/ Carlos M. Lazatin*
           Carlos M. Lazatin
Attorneys for Defendant
KIA MOTORS AMERICA, INC.

STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P. 41
8:16-CV-01020-CJC-DFM

**SIGNATURE ATTESTATION**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: November 9, 2017

KOLIN TANG

By:    */s/ Kolin Tang*
                KOLIN TANG

STIPULATION OF DISMISSAL
PURSUANT TO F.R.C.P. 41
8:16-CV-01020-CJC-DFM